# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark C Healy,<br><br>   Plaintiff,<br><br>v.<br><br>Marana Aerospace Solutions Incorporated, et al.,<br><br>   Defendants. | NO. CV-21-00520-TUC-JAS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 23, 2022, judgment is hereby entered and this action is now closed.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

September 23, 2022

By   s/ C. Ortiz<br>
       Deputy Clerk